IN THE DISTRICT COURT OF CHOCTAW COUNTY
STATE OF OKLAHOMA

FILED
IN DISTRICT COURT
CHOCTAW COUNTY, OKLAHOMA
AUG 0 9 2021
Laura Sumner, Court Clerk
By_____ Deputy

| | |
|---|---|
| MIKE MCCLURE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CJ-2021-23 |
| JAI SHRI GANESH, LLC D/B/A HOLIDAY MOTEL, | ) |
| Defendant. | ) |

## PETITION

COMES NOW Plaintiff, Mike McClure and for his causes of action against the above-named Defendant, Jai Shri Ganesh, LLC d/b/a Holiday Motel, alleges and states as follows:

1. That on or about September 19, 2019, Plaintiff was a guest at the Holiday Motel in Hugo, Choctaw County, Oklahoma.

2. That while on Defendant's premises, Defendant allowed an unsafe condition to exist, causing Plaintiff to be injured.

3. That the Defendant was negligent in failing to maintain their property in a safe condition for its guests.

4. That the Defendant was negligent in failing to warn Plaintiff of the dangerous condition on its premises.

5. That Defendant created the dangerous condition that caused Plaintiff to be injured.

6. That as a direct result of the Defendant's negligence, the Plaintiff suffered injuries, was prevented from transacting his business, suffered great pain of body and mind, and incurred expenses for medical attention for said injuries.

WHEREFORE, premises considered, Plaintiff prays for judgment against Defendant in an

**EXHIBIT 1**

amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, in addition to judgment interest, costs, attorney fees, and all other relief available to Plaintiffs or otherwise deemed just and equitable by this Court.

Respectfully submitted,

MARTIN JEAN & JACKSON

By: _____
Michael P. Martin, OBA # 22225
P.O. Box 1089
Stillwater, OK 74076
(405) 377-5000 Telephone
(405) 377-5011 Facsimile
mmartin@mjjlawfirm.com

**ATTORNEY LIEN CLAIMED**